| | | | | |
|---|---|---|---|---|
| 2120 - Served | | 2121 - | Served | |
| 2220 - Not Served | | 2221 - | Not Served | |
| 2320 - Served By Mail | | 2321 - | Served By Mail | |
| 2420 - Served By Publication | | 2421 - | Served By Publication | |

SUMMONS    ALIAS SUMMONS    (Rev.5/1/92)CCG-1

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

EDNA DELGADO, )
)  2015L007711
Plaintiff, )  CALENDAR/ROOM A
)  TIME 00:00
v. )  Premises Liability
)  No.
)  Sheriff: Please serve:
TARGET CORPORATION, )  Target Corporation
)  CT Corporation System, Registered Agent
Defendant. )  208 South LaSalle Street, Suite 814
)  Chicago, Illinois 60604

### SUMMONS

**To each defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room **801**, Chicago, Illinois 60602, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 says after its date.

WITNESS: _____, 20____

JUL 29 2015

_____
DOROTHY BROWN
CLERK OF CIRCUIT COURT

**STOTIS & BAIRD CHARTERED**
Attorney for Plaintiff
200 West Jackson Boulevard, #1050
Chicago, Illinois 60606-6941
312/461-1000
#13589

Date of Service _____, 20____
(To be inserted by officer on copy left
with defendant or other person)

DOROTHY BROWN CLERK OF THE CIRCUIT COURT OF COOK COUNTY ILLINOIS

Law Division Room 801
Chancery Divorce Room 202


EXHIBIT "B"

```
*01849209*
```

08/21/2015

DOC.TYPE: LAW
CASE NUMBER: 15L007711
<u>DEFENDANT</u>
TARGET CORPORATION
208 S LASALLE ST
CHICAGO, IL 60604
STE 814

SERVICE INF
RM 801 CT C
SYSTEM R/A

ATTACHED

| | | | | |
|---|---|---|---|---|
| 2120 - Served | | | 2121 - Served | |
| 2220 - Not Served | | | 2221 - Not Served | |
| 2320 - Served By Mail | | | 2321 - Served By Mail | |
| 2420 - Served By Publication | | | 2421 - Served By Publication | |

SUMMONS                ALIAS SUMMONS                (Rev.5/1/92)CCG-1

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

EDNA DELGADO,

    Plaintiff,

v.                                No. 2015L007711
                                  CALENDAR/ROOM A
                                  TIME 00:00
                                  Premises Liabilit

TARGET CORPORATION,

    Defendant.

Sheriff: Please serve:
Target Corporation
CT Corporation System, Registered Agent
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

### SUMMONS

**To each defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room **801**, Chicago, Illinois 60602, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 says after its date.

WITNESS: _____ 20____

_____
Clerk of Court

**STOTIS & BAIRD CHARTERED**
Attorney for Plaintiff
200 West Jackson Boulevard, #1050
Chicago, Illinois 60606-6941
312/461-1000
#13589

Date of Service _____, 20____
(To be inserted by officer on copy left
with defendant or other person)

**DOROTHY BROWN CLERK OF THE CIRCUIT COURT OF COOK COUNTY ILLINOIS**

Law Division Room 801
Chancery Divorce Room 202

DIE DATE
08/21/2015

*01849209*

DOC.TYPE: LAW
CASE NUMBER: 15L007711
**DEFENDANT**
TARGET CORPORATION
208 S LASALLE ST
CHICAGO, IL 60604
STE 814

SERVICE INF
RM 801 CT C
SYSTEM R/A

ATTACHED

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| EDNA DELGADO, | ) | |
| Plaintiff, | ) ) ) | 2015L007781 CALENDAR/ROOM A TIME 09:30 Premises Liability |
| v. | ) | No. |
| TARGET CORPORATION, | ) ) ) | |
| Defendant. | ) | |

## COMPLAINT

The plaintiff, EDNA DELGADO, through her attorneys, STOTIS & BAIRD CHARTERED, complains of the defendant, TARGET CORPORATION, as follows:

1. That for some time prior to September 7, 2013, the defendant, Target Corporation (hereinafter referred to as "Target") operated, managed and maintained a certain retail store known as Target, located at 6525 West Diversey Avenue, in the City of Chicago, Cook County, Illinois.

2. That on or about September 7, 2013, the plaintiff, Edna Delgado, was lawfully on the premises at the aforesaid location.

3. That at all times material hereto, it was the duty of the defendant to maintain the property in a condition that was reasonably safe for persons lawfully on or about said property.

4. That, notwithstanding said duty, the defendant committed one or more of the following negligent acts:

   a. allowed a liquid to remain on the floor when with a reasonable degree of care, they should have known that said liquid was present and posed a risk to persons;
   b. failed to warn the persons on the premises of the liquid accumulated on the floor when defendant knew or should have known of its presence;
   c. failed to use reasonable care in monitoring the store and in removing the accumulated liquid from the floor;
   d. caused a liquid to be on the floor, creating a hazard.

5. That as a direct and proximate result of one or more of the foregoing acts, the plaintiff slipped in the accumulated liquid, causing her personal injury, pain and suffering, disfigurement and disability, and to incur medical bills, to lose wages, all to her damage, and continues to incur these damages.

WHEREFORE, the plaintiff, Edna Delgado, demands judgment against the defendant, Target Corporation, in an amount in excess of Fifty Thousand ($50,000.00) Dollars, together with the costs of this suit.

Respectfully submitted,

STOTIS & BAIRD CHARTERED

By: _____
Eric J. Parker

#13589
STOTIS & BAIRD CHARTERED
Attorneys for Plaintiff
200 West Jackson Boulevard, Suite 1050
Chicago, Illinois 60606-6941
312/461-1000
notice@stotis-baird.com